CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 18 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARCUS D. CALLOWAY, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07cv00297 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRIS WEBB, <u>et al.</u>, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); Calloway's application to proceed in <u>forma pauperis</u> is **DENIED as MOOT**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 18th day of June, 2007.

_____
United States District Judge